**JacksonLewis**

Jackson Lewis P.C.
666 Third Avenue – 28th Floor
New York, NY  10017
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

July 15, 2025

<u>Via ECF</u>

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Denis Advincula Neyra v. dnata US Inflight Catering LLC
      Case No.: 1:25-cv-05200-NSR

Dear Judge Román:

      We were recently retained to represent Defendant dnata US Inflight Catering LLC ("Defendant") in the above referenced matter.  In light of our recent retention, and pursuant to Rule 1.E of Your Honor's Individual Practices, we write to respectfully request an extension of Defendant's time to respond to the Complaint from July 17, 2025 until August 15, 2025.

      Defendant respectfully submits this request so that it may be afforded additional time to investigate the allegations in the Complaint and prepare its responsive pleading.  This is Defendant's first request for an extension of time to respond to the Complaint, and Plaintiff consents to this request.

      Thank you for Your Honor's consideration of this request.

                                Respectfully submitted,

                                JACKSON LEWIS P.C.

                                Evan B. Citron

cc:   All counsel of record (via ECF)