UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**Advincula Neyra,**

        Plaintiffs,

    -against-

**Dnata US Inflight Catering LLC.,**

        Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 1/26/2026 __

**ORDER RE STATUS CONFERENCE**

*7:25 cv 5200  NSR-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

   A Status Conference (via telephone) is hereby scheduled for **February 10, 2026  at**

**11:30 am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681,**

**enter Meeting ID #2310 527 2044** and then # to enter the conference.  At the Status

Conference, the parties should be prepared to discuss the following:

   (1) a brief summary of claims, defenses, and relevant issues;
   (2) the basis of subject matter jurisdiction;
   (3) the subjects on which discovery may be needed;
   (4) any anticipated discovery disputes or sought-after limitations on discovery;
   (5) any plans for electronic discovery and ESI protocols;
   (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
   (7) any anticipated motions; and
   (8) the prospects and timing for early settlement or resolution.


   **SO ORDERED.**

DATED:  White Plains, New York
     January 26, 2026

             _____
             VICTORIA REZNIK
             United States Magistrate Judge