JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue – 28th Floor
New York, NY 10017
(212) 545-4069 Direct
(212) 972-3213 Fax
Evan.Citron@jacksonlewis.com

July 22, 2026

**Via ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 7/23/2026

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: Denis Advincula Neyra v. dnata US Inflight Catering LLC**
**Case No.: 7:25-cv-05200-NSR**

MEMO ENDORSED

Dear Judge Román:

We represent Defendant dnata US Inflight Catering LLC ("Defendant") in the above referenced matter. On behalf of all parties, and pursuant to Rule 1.E of Your Honor's Individual Practices, we write to respectfully request an adjournment of the case management conference scheduled for July 24, 2026 until December 8, 9, 10, 11 or some subsequent date that meets with the Court's approval.

We respectfully submit this request to better align the case management conference with discovery schedule in the case, which has been modified since the conference was initially scheduled. This is the parties' first request for an adjournment of the case management conference.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

Evan B. Citron

cc: All counsel of record (via ECF)

**In light of the extension of certain discovery deadlines, the Court adjourns the scheduled status conference from July 24, 2026, to December 11, 2026, at 11:00 a.m. The status conference will remain a teleconference. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 30.**

**Dated: July 23, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge